UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL THIBODEAUX | CIVIL ACTION |
| versus | NO.: 3:22-CV-00015-JWD-EWD |
| EQUINOR USA E&P, INC.<br>ACADIA WHOLESALE & TOBACCO,<br>INC. & JOHN DOE INSURER | JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |
| | JURY TRIAL REQUESTED |

## JOINT MOTION TO DISMISS CASE

NOW COME Plaintiff, Randall Thibodeaux, Defendant, Equinor USA E&P Inc., and Defendant, Acadia Wholesale & Tobacco, Inc., who represent that they have reached an amicable settlement of this case, that settlement funds have been exchanged, and that full and final releases have been executed.

Wherefore, the parties herein jointly move for a dismissal with prejudice of the entire litigation, each party to bear their own costs.

**[Signatures on next page]**

Respectfully submitted:

**KEAN MILLER LLP**


/s/ Sean T. McLaughlin
**SEAN T. McLAUGHLIN, T.A. (#31870)**
Sean.McLaughlin@keanmiller.com
**R. CHAUVIN KEAN (#36526)**
Chauvin.Kean@keanmiller.com
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone:  (504) 585-3050
ATTORNEYS FOR EQUINOR USA E&P INC.

*/s/ Mark R. Pharr III*
_____
Mark R. Pharr, III (21019)
Thomas J. Smith (17148)
Madeline Smith (38409)
Galloway, Johnson, Tompkins, Burr & Smith
3861 Ambassador Caffery Parkway, Suite 300
Lafayette, Louisiana 70503
Telephone: (337) 735-1760
Facsimile:  (337) 993-0933
Email: tiger@gallowaylawfirm.com
tsmith@gallowaylawfirm.com
msmith@gallowaylawfirm.com
***Attorneys for Acadia Wholesale & Tobacco Inc.***

*/s/ Noah M. Wexler*
_____

**ARNOLD & ITKIN LLP**
Noah M. Wexler
LA Bar Roll No. 34995
Ben Bireley
LA Bar Roll No. 37587
6009 Memorial Drive
Houston, Texas 77007
713-222-3800 (Telephone)
713-222-3850 (Facsimile)
*--And—*
**CLAYTON, FRUGÉ & WARD**
A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
3741 La Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631
***Attorneys for Plaintiff Randall Thibodeaux***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 31st day of May, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

/s/ Sean T. McLaughlin