UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL THIBODEAUX | CIVIL ACTION |
| versus | NO.: 3:22-CV-00015-JWD-EWD |
| EQUINOR USA E&P, INC. ACADIA WHOLESALE & TOBACCO, INC. & JOHN DOE INSURER | JUDGE JOHN W. DEGRAVELLES |
| | MAGISTRATE JUDGE ERIN WILDER-DOOMES |
| | JURY TRIAL REQUESTED |

## ORDER AND JUDGMENT OF DISMISSAL

Considering the above and foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that all claims in this action by and among RANDALL THIBODEAUX, EQUINOR USA E&P, INC., and ACADIA WHOLESALE & TOBACCO, INC. are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on __June 3_____, 2024.

_____
U.S. DISTRICT COURT JUDGE